# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 49 EM 2020 |
| | : | |
| v. | : | |
| | : | |
| OMAR LYONS | : | |
| | : | |
| PETITION OF: DANIEL A. ALVAREZ | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of August, 2020, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Philadelphia County to determine whether Omar Lyons' present counsel should be permitted to withdraw, as well as any related questions, including whether to permit Omar Lyons to proceed *pro se*.

The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order regarding this remand within 90 days and to notify this Court promptly of its determination.